NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RONNIE EARL BAILEY, JR.,       )
DOC #U18194,                   )
                               )
            Appellant,         )
                               )
v.                             )       Case No. 2D18-4428
                               )
STATE OF FLORIDA,              )
                               )
            Appellee.          )
                               )
_____)

Opinion filed September 4, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

PER CURIAM.

            Affirmed.

CASANUEVA, SALARIO, and SMITH, JJ., Concur.